# EXHIBIT B

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: CHANGE HEALTHCARE, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION                                                              MDL No. 3108

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On June 7, 2024, the Panel transferred 4 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2024). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 7, 2024, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

IN RE: CHANGE HEALTHCARE, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION                                  MDL No. 3108

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 5 | 24−00674 | Trinity Medical Center LLC v. Change Healthcare Inc |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 24−00766 | Medina v. Change Healthcare Inc. et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 24−01682 | Bay Area Therapy Group a Marriage and Family Counseling Corp. v. Change Healthcare Inc. et al |
| CAN | 3 | 24−03147 | Mehring, et al v. Patterson Companies, Inc. et al |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 24−01011 | Diagnostic and Interventional Spinal Care of Louisiana, Inc. et al v. UnitedHealth Group Incorporated et al |
| LOUISIANA WESTERN | | | |
| LAW | 3 | 24−00623 | Cardiovascular Diagnostic Center A P M C v. Change Healthcare Inc et al |
| MARYLAND | | | |
| MD | 1 | 24−01204 | Pivot Point Counseling, LLC v. Change Healthcare Inc. et al |
| MISSISSIPPI NORTHERN | | | |
| MSN | 3 | 24−00063 | Advanced Obstetrics & Gynecology PC v. UnitedHealth Group Incorporated et al |
| NEW JERSEY | | | |
| NJ | 3 | 24−04044 | LUXE DENTAL SPA LLC v. CHANGE HEALTHCARE INC. et al |
| NJ | 3 | 24−04364 | LONNY DAVID MATLICK, D.B.A. LONNY D. MATLICK D.O. v. CHANGE HEALTHCARE INC. et al |
| OKLAHOMA WESTERN | | | |

| | | | |
|---|---|---|---|
| OKW | 5 | 24–00541 | Darek K Ridpath DDS PC et al v. Change Healthcare Inc et al |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 24–00452 | O'BRADOVICH v. CHANGE HEALTHCARE INC. et al |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 24–00293 | Herrick v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00302 | Lemke et al v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00312 | Amherst Psychiatric Services v. Change Healthcare Inc. |
| TNM | 3 | 24–00323 | Mt. Rainier Emergency Physicians, PLLC et al v. Change Healthcare Inc. |
| TNM | 3 | 24–00331 | Apex Physical Rehabilitation & Wellness PLLC v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00337 | Be Well Integrative Health Partners, PLLC v. UnitedHealth Care Group Incorporated et al |
| TNM | 3 | 24–00339 | Castell v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00340 | Shelor v. Change Healthcare Inc. |
| TNM | 3 | 24–00345 | Therapy My Way et al v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00349 | Nicholls et al v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00370 | Through the Forest Counseling Inc. v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00374 | Rowe v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00384 | Fraker et al v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00386 | Paula S. Gordy LISW, LLC v. Change Healthcare Inc. |
| TNM | 3 | 24–00387 | Sklar, DC v. Change Healthcare Inc. |
| TNM | 3 | 24–00392 | Weller v. Change Healthcare Inc. |
| TNM | 3 | 24–00420 | Eye Surgeons of Central New York, P.C. v. Change Healthcare Inc. |
| TNM | 3 | 24–00491 | Citrus City Family Counseling, Inc. v. Change Healthcare Inc. |
| TNM | 3 | 24–00499 | Santa Rosa Orthopaedic Medical Group, Incorporated v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00552 | Renewed Hope Clinical Services, LLC et al v. Change Healthcare Inc. |
| TNM | 3 | 24–00556 | VIP Physicians Consulting LLC v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00612 | Unity Medical Center Manchester et al v. UnitedHealth Group Incorporated et al |
| TNM | 3 | 24–00617 | Ferguson v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00618 | Shillito et al v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00619 | Humphreys v. Change Healthcare Inc. et al |
| TNM | 3 | 24–00661 | H. Lee Moffitt Cancer Center and Research Institute Hospital, Inc. v. UnitedHealth Group Incorporated et al |