# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Change Healthcare, Inc. Customer Data Security Breach Litigation | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | **ORDER** |

Based upon a number of inquiries regarding Defendants' deadlines to answer or otherwise respond to the complaints filed in this MDL,

**IT IS HEREBY ORDERED** that Defendants' deadlines to answer or otherwise respond to Plaintiffs' complaints are hereby extended until such time that the Court establishes a timeline for such responses. By separate order, the Court will set a status conference for a date and time to be determined in for all cases in the MDL.

Dated:  June 20, 2024                s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge